■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH BROWNE, Appellant.—Judgment, Supreme Court, Bronx County (Bernard Fried, J.), rendered on February 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY CHISOLM, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on January 9, 1986, unanimously affirmed.